**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-1506**

───────────

RANDY VEROME THOMAS,

                              Plaintiff - Appellant,

        versus

GLIDDEN COMPANY,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-96-3176-2-18AJ)

───────────

Submitted:  July 22, 1998          Decided:  August 5, 1998

───────────

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Randy Verome Thomas, Appellant Pro Se.  Derek Farrell Dean, LAW OF-
FICES OF KEATING L. SIMONS, III, P.A., Charleston, South Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Thomas v. Glidden Company</u>, No. CA-96-3176-2-18AJ (D.S.C. Mar. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2